IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLUES EVENTS, LLC, et al., | |
| Plaintiffs, | 4:13-CV-3101 |
| vs. | ORDER |
| LINCOLN PROFESSIONAL BASEBALL, INC., d/b/a LINCOLN SALTDOGS, et al., | |
| Defendants. | |

This matter is before the Court on the plaintiffs' Notice of Voluntary Dismissal of Defendant University of Nebraska-Lincoln (filing 31).

IT IS ORDERED:

1. The plaintiffs' claims against the University of Nebraska-Lincoln are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. The University of Nebraska-Lincoln's Motion to Dismiss (filing 10) is denied as moot.

3. The University of Nebraska-Lincoln is dismissed as a party to this case.

Dated this 30th day of July, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge