IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLUES EVENTS, LLC, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>LINCOLN PROFESSIONAL BASEBALL, INC., d/b/a LINCOLN SALTDOGS, et al.,<br><br>          Defendants. | 4:13-CV-3101<br><br>ORDER |

This matter is before the Court on the Plaintiffs' Motion to Voluntarily Dismiss Defendant Alumni Association of the University of Nebraska-Lincoln (filing 36). That motion will be granted.

IT IS ORDERED:

1. Plaintiffs' Motion to Voluntarily Dismiss Defendant Alumni Association of the University of Nebraska-Lincoln (filing 36) is granted.

2. The plaintiffs' claims against the Alumni Association of the University of Nebraska-Lincoln are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The Alumni Association of the University of Nebraska-Lincoln's motion to dismiss (filing 14) is denied as moot.

4. The Alumni Association of the University of Nebraska-Lincoln is dismissed as a party to this case.

Dated this 6th day of August, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge