IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLUE EVENTS, LLC; TIM TUCKER, DIRECT MUSIC DISTRIBUTION, LLC;<br><br>   Plaintiffs,<br> vs.<br><br>LINCOLN PROFESSIONAL BASEBALL, Inc., CHARLES MEYER;<br><br>   Defendants,<br><br>LINCOLN PROFESSIONAL BASEBALL, Inc.,<br><br>   Counter-Plaintiff,<br> vs.<br><br>BLUE EVENTS, LLC;<br><br>   Counter-Defendant. | 4:13CV3101<br><br>**ORDER TO SHOW CAUSE** |

  On March 7, 2014, the Court entered an order (Filing No. 49) which required the parties to serve mandatory disclosures and progress this case to trial. As of August 27, 2014, Counter-Defendant Blue Events, LLC has not complied with that order. In addition, based on the evidence of record, it has failed to timely respond to Requests for Admissions served upon it. Blue Events, LLC has not explained its failure to comply with this court's case progression order or to respond to discovery.

  Accordingly,

  IT IS ORDERED that Counter-Defendant Blue Events, LLC is given until September 4, 2014 to:

  1) Show cause why the court should not enter a default and/or default judgment against it. The failure to timely comply with this order may result in an entry and/or judgment of default against Counter-Defendant Blue Events, LLC without further notice.

2

2) Show cause why the requests for admission served by Counter-Plaintiff Lincoln Professional Baseball on Counter-Defendant Blue Events, LLC, (see filing nos. 55 and 56), should not be deemed admitted.

August 28, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge